# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | Case No. 5:23-mc-80207 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

Appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed within 30 days. All scheduled dates are VACATED.

The Court retains jurisdiction over this case for 30 days. *See Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381, (1994).

IT IS SO ORDERED.

Dated: December 22, 2023

_____
Nathanael M. Cousins
United States Magistrate Judge